THOMAS F. MOORE, Respondent, *v.* RICHARD STAINTON, Appellant, Impleaded with Others.

*Moore* v. *Stainton*, 80 App. Div. 295, affirmed.
(Argued January 29, 1904; decided February 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Edward P. Mowton* for appellant.

*Edward J. McCrossin* for respondent.

Judgment affirmed, with costs, on opinion of JENKS, J., below.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.  Absent: GRAY, J.